UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:CR-21-143 |
| SUSAN MELISSA NICKAS, | : | (JUDGE MANNION) |
| Defendant | : | |

## ORDER

Based on the court's Memorandum issued this same day, **IT IS HEREBY ORDERED THAT**: Defendant Nickas' motion for a pre-trial discovery disclosure timetable, **(Doc. 81)**, is **GRANTED IN PART**, and **DENIED IN PART**, as specified in the Memorandum issued this day.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATE: July 8, 2022**
21-143-01-Order