Mary K. Ulmer
[REDACTED]
East Stroudsburg, PA 18301

October 16, 2022

The Honorable Malachy E. Mannion
United States District Court
c/o Elliot A. Smith
Assistant Federal Public Defender
201 Lackawanna Avenue, Suite 317
Scranton, PA 18503

RE: Character Reference Letter for Susan Melissa Nickas

Your Honor,

My name is Mary K. Ulmer, I am a self-employed business owner. My husband, Dan, and I owned a brick and mortar party store for 9 years until December 2020 and I am now in direct sales. I am Susan's older sister; she is 6 years younger than I. I moved out of my parent's home in May of 1993 when I married, however I stayed in the East Stroudsburg area. I have always been extremely close with my family and over the years my daughters and I would visit my parent's home as often as possible.

Growing up prior to 1993, Sue and I had a typical sister relationship, we confided in each other, made each other laugh and enjoyed our time together. After I was married, I worked during the day and Sue usually worked nights, so we did not run into each other often, we would primarily see each other for special occasions and on holidays.

In 2013 my father passed away, Sue was having a tough time accepting his passing, she began using drugs, became withdrawn and self-absorbed. Our relationship was not the same after that. During the years from 2013 to 2020 Sue and I did not agree completely on much. In 2019 we lost our grandmother, my mom fell and broke her shoulder, and Sue lost her boyfriend within months of each other. This caused Sue to spiral, and her addiction worsened. Between 2019 and 2020, I spent time at my mom's home to assist in her care and was always there for her and Sue when they needed me, however, to protect my family, I distanced myself and my girls from the addiction.

When Sue was arrested, sent to rehabilitation, and placed on house arrest she took her situation very seriously. Attending therapy was a catalyst of change for her. Sue attended therapy 2 – 3 times a week and continued to attend even after she satisfied the program requirements. I watched Sue begin to dig her way out of the hole she had spiraled into. Sue began to reconnect, respect, and go out of her way for the family. It was as if my 1993 sister was back!

I was aware Sue was a drug addict, however, I was not aware of any other activity. Although Sue and I have had our differences, I have never seen my sister maliciously attack or intentionally harm someone. The years she was addicted to drugs showed a drastic change in her personality, she was not herself. Attending rehabilitation and therapy caused her to want to be productive and connect with everyone she had pushed away.

Thank you for taking the time to consider the above.

Sincerely,

*[signature: Mary Ulmer]*

Mary K. Ulmer

Rose Mary Nickas

██████████

East Stroudsburg, PA 18301

October 16, 2022

The Honorable Malachy E. Mannion
United States District Court
c/o Elliot A. Smith
Assistant Federal Public Defender
201 Lackawanna Avenue, Suite 317
Scranton, PA 18503

RE: Character Reference Letter for Susan Melissa Nickas

Your Honor,

My name is Rose Mary Nickas, I am a homemaker, and I am Susan's mother. Susan has lived with me for 99% of her life and has helped me in different capacities over the years. In 2019 my mother, who had been living with us for 20+ years, experienced a decline in her health. I became her primary caregiver and Susan her secondary caregiver. In March of 2019, my mother's health began to decline rapidly, and I needed Susan's help increasingly. In May of 2019, my mother passed away. At the conclusion of her funeral services, while walking in my home, I fell and broke my shoulder. At this time Susan became my primary caregiver. Since I was unable to use my arm, I relied heavily on Susan for personal hygiene, laundry, shopping, and cooking.

Things began to change in Susan's life back in 2013 when her father passed away. Since then, she has endured many losses including her grandmother in May of 2019, and her long term boyfriend in August of 2019. Her dog of 10+ years also fell ill in 2020 and passed in May of 2022.

Prior to this Susan was a server and bartender at various establishments. Susan would often stay late or volunteer to work on the holidays so the women with children would be able to be at home with their families. Susan is a very loyal friend and would often go out of her way for them. Including staying up all night to speak to her friend in England when she needed someone to talk to.

Susan would never intentionally or knowingly cause anyone harm. I know in the past she had a serious addiction which has had major consequences, however since she attended drug rehabilitation and had been going to therapy, her outlook changed. Susan continued to attend therapy, group and individual, even after she completed her appointed time.

I have seen Susan go through ups and downs and I believe her attending rehab and therapy in conjunction with this trial and jail time has put her on the correct path. I would appreciate you taking this into consideration as you decide Susan's sentence. She was my primary caregiver, and I am anxious for her to resume that responsibility.

Sincerely,

*Mary Kulmer*
*POA for Rose Mary Nickas*

Rose Mary Nickas

Lisa Moran, MSW, LCSW

███████████

Garner, NC 27529

███████████.net

███████████

October 14, 2022

The Honorable Malachy E. Mannion

United States District Court

c/o Elliot A. Smith

Assistant Federal Public Defender

201 Lackawanna Avenue, Suite 317

Scranton, PA 18503

To the Honorable Malachy E. Mannion,

    I am writing this letter on behalf of my friend, Susan Nickas. My name is Lisa Moran, I currently live in Garner, North Carolina. I have a Master's Degree in Social Work from Barry University in North Miami Beach, Florida and hold a license in Clinical Social Work. I have worked for the State of North Carolina in various capacities for the last 15 years. I have been working for the Department of Public Safety as a prison LCSW for the last 8 years. Today, I write to you in the role of a citizen and friend.

    Sue and I met in 1992 when I was 16 years old and she were 17 years old. We were fast friends. I was born and raised on Long Island, New York and moved to Stroudsburg, PA for my last 2 years of high school. This was difficult for me as I am sure you can imagine. I was angry and depressed. It was very hard for me to make friends. Sue was a saving grace for me. Always patient and never giving up on me at the same time. We spent quite a lot of time together over the 4 years I lived in Pennsylvania. When I moved to Florida in 1998 for college, Sue was the only person in Pennsylvania I stayed in contact with. I went back to Pennsylvania several times for the one and only purpose of seeing Sue. I have maintained very few friendships throughout the years the way I have with Sue. To this day, after 30 years, she is one of my very best friends and to be completely honest I am sick over her situation.

    I feel obligated to say that Sue and I were as different as we were alike. Sue always seemed to struggle to get a handle on her life; to make decisions about what she wanted to do with her life and follow through on them. One of the things that strikes me most is that even when she really did seem to make a good clean break and move away from her home town that always seemed to be so problematic

for her, she came back when her father fell ill. Sue had moved out West and was going really very well. I was incredibly happy for her. She was looking into buying a house, she was making good money, working steadily and she was happy. I knew going back to Pennsylvania was a bad idea, but her dad was sick and she needed to be there with him. When Sue's dad passed away, she became withdrawn and depressed. I believe this is when casual drug use took a bad turn for her. She stayed in Pennsylvania to be with her mom and her grandmother. Sue helped her mother to care for Sue's grandmother, who was quite elderly and needed a lot of care until the day her grandmother passed away. Sue always tried to maintain employment and to stay out of trouble. It was no secret to me that she had a serious drug problem, but I feel that she believed she had it all under control since she was able to work and help take care of her grandmother. Sue was never a bad friend, bad daughter, bad sister or bad person. She has admittedly made some bad decisions. When Sue was first arrested, she was incredibly frightened and took her conditions of house arrest very seriously. I can say with certainly Sue never thought she would be in this position.

One last thought I feel compelled to mention. Sue is not a "drug dealer." I have read every article and story I can find regarding this case and I am struck by the statement that the task force who arrested her is delegated to "the worst of the worst." If that is so, then they really struck out with Sue. Sue does not have any bigger fish to sacrifice. She does not have connections she can flip on. She is an addict who made bad decisions. Since her arrest, she has been clean and sober and taking all of this very seriously, as she should. While I will not presume to make excuses, I will beg for leniency. Sue is a first-time offender with no record and I would stake my own name that she will not be a repeat offender. I am confident that she has the support she needs to be a productive and successful part of society should she be given the chance. Thank you in advance for taking the time to read this letter.

Sincerely,

*Lisa Moran MSW LCSW*
10/14/22

Lisa Moran, MSW, LCSW

To The Honorable Malachy E. Mannion,

    My name is Shannon Humphreys, I am a Lunch Lady and Teacher's Assistant at the local primary school where I live here in England. I have known Susan Nickas since I was 16. We met in 1993, right after her senior year of high school. We have been the absolute closest of friends for 29 years now. She has been there for me through some of the most difficult times of my life. She was the Maid of Honor at both my weddings. We have been with each other through joy and pain, and I feel like we know each other as well as anyone can.

    Sue is a kind and thoughtful person. She will always go out of her way to help out a friend. I have always been able to rely on her. When my first husband hit me, she hid me at her house and took pictures. When I was deep in the throes of a mental breakdown, she stood by me and treated me like a normal person. When my son was born, she drove me home from the hospital. When her Gran moved in with her and her mom, she did her best to help care for both of them. Family has always been extremely important to her.

    Sue has always excelled at customer facing jobs because she is such a genuinely sweet person. She is friendly and gregarious, and this shines through when she interacts with people. She has always been a bit of a homebody, with a small circle of close friends, and her family being where her time and attention was spent.

    The past few years have been hard for her. I've been living in the UK for just over a decade now, and I'm sorry to say that I've been so far away for all her difficulties. It is so hard to comfort someone over a phone call. First her father passed away, and that affected her deeply. They were very close. Then her fiance died unexpectedly and far too young. Then her dog Ozzy died as well. Through all of this, she has continued caring for her mother and trying to keep going.

    I know that she has made a mistake that has had very real and tragic consequences for other people. I would like you to know that the Susan Nickas I know would never have acted in the ways that she has, had she known what would happen. The Sue I know cares very deeply for people and would never do anything that would result in harm to another person knowingly. I understand you have a hard job to do, but I hope you will keep all this in mind.

    Thank you very much for your time, and consideration,

Shannon Humphreys

Westcliff-on-sea, Essex
SS0 9BL
United Kingdom