

Date: 8/13/21

To: Whom it may concern

From: Erin Wolinsky

Re: *Susan Nickas*

To whom it may concern:

I am writing this on the behalf on Susan Nickas. She has been in treatment at Pyramid Healthcare in Dallas, PA since 7/22/21. She has shown improvement and insight throughout her stay. Susan will successfully discharge on 8/23/21. She will be returning home and will be set up with IOP for aftercare.

If you have any further questions regarding this matter, please feel free to reach out using the contact information listed below.


Respectfully Submitted,

Erin Wolinsky, BA
Clinical Director
570-761-6210 x 1974
Cell: 570-445-1909



**COLLABORATION**  **INTEGRITY**  **DEDICATION**  **PASSION**